■ GARY SHAMLEY, Appellant, v ITT CORPORATION et al., Respondents. — Order, Supreme Court, New York County (Stanley Ostrau, J.), entered on January 16, 1985, unanimously affirmed, without costs and without disbursements. We interpret the order appealed from to dismiss with prejudice as to any new State action. No opinion. Concur — Sandler, J. P., Sullivan, Carro, Lynch and Rosenberger, JJ.